# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4539
_____

DOMINIC RARPHELL BENSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

March 15, 2019


PER CURIAM.

DISMISSED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William H. McLean of McLean Law, P.A., Panama City, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.